Case 5:25-cv-00215   Document 22   Filed 01/12/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **MAYRA NORELI HERNANDEZ-ALMANZA,** | § § § § § | |
| Petitioner, | | |
| VS. | § § § | **CIVIL ACTION NO. 5:25-CV-00215** |
| **KRISTI NOEM, *et al.*,** | § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

The Court has granted Respondents' Motion for Summary Judgment, (Dkt. 16). Having granted Respondents' motion, the Court now ENTERS final judgment in favor of Respondents, pursuant to Federal Rule of Civil Procedure 58(a). The Clerk of Court is DIRECTED to CLOSE this civil action.

IT IS SO ORDERED.

SIGNED this January 12, 2026.

_____
Diana Saldaña
United States District Judge